CANDLE ET AL., APPELLANTS, *v.* CONSOLIDATED
RAIL CORPORATION ET AL., APPELLEES.

[Cite as *Candle v. Consol. Rail Corp.* (1994), 69 Ohio St.3d 429.]

(No. 93–2317—Submitted May 11, 1994—Decided June 15, 1994.)

*Aronson, Fineman & Davis Co., L.P.A., Kellie S. Kontnier* and *William J. Davis; C. Bruce Williams; Landskroner & Phillips Co., L.P.A.,* and *Lawrence Landskroner,* for appellants.

*Vogelgesang, Howes, Lindamood & Brunn* and *Philip E. Howes,* for appellee Consolidated Rail Corporation.

*James A. Philomena,* Mahoning County Prosecuting Attorney, and *Kathi McNabb,* Assistant Prosecuting Attorney, for appellee Board of Commissioners of Mahoning County.

The judgment on appeal is reversed and the cause is remanded to the trial court on authority of *Carpenter v. Consol. Rail Corp.* (1994), 69 Ohio St.3d 259, 631 N.E.2d 607.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.